**Order entered January 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00217-CV

### VSDH VAQUERO VENTURE, LTD., Appellant

### V.

### KEN GROSS AND BETSY GROSS, Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-05232-A**

## ORDER

The panel has determined that oral argument will not materially assist the court in deciding this matter. Therefore, the case will be submitted on the briefs on January 28, 2020.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE